FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUL 0 6 2023

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 23-cr-00234-DLB |
| | * | |
| MARTIQUE CABRAL | * | (Falsification of Record, 18 U.S.C. |
| VANDERPOOL, | * | § 1519) |
| | * | |
| Defendant | * | |
| | * | |
| | * | |
| | * | |

*******

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

## COUNT ONE
## Falsification of Record

*Introductory Allegations:*

1.      At all times relevant to this indictment, defendant **MARTIQUE CABRAL**

**VANDERPOOL ("VANDERPOOL")** was employed as a police officer with the Fairmount

Heights Police Department in Fairmount Heights, Maryland.

2.      On or about September 6, 2019, **VANDERPOOL** arrested Victim 1, a 19-year-

old female, following a traffic stop in the District of Maryland.  **VANDERPOOL** and another

officer known to the Grand Jury transported Victim 1 in handcuffs to an abandoned police

station.  At the station, **VANDERPOOL** engaged in sexual intercourse with Victim 1.

*The Charged Conduct:*

3.      On or about September 7, 2019, in the District of Maryland, the defendant,

**MARTIQUE CABRAL VANDERPOOL,**

acting in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of

Investigation, an agency of the United States, knowingly falsified and made false entries in a record

and document (a Fairmount Heights Police Department Incident Report), with the intent to impede,

obstruct, and influence the investigation and proper administration of that matter.  Specifically, the

defendant wrote a false and misleading Incident Report, intended to cover up the fact that he had

sex with a woman in his custody (which, if known, could be investigated as a potential federal

criminal civil rights violation, within the jurisdiction of the FBI, which is an agency of the United

States).  In this Incident Report, the defendant:

(1) omitted that he and another officer known to the Grand Jury took the handcuffed victim

to an abandoned police station on September 6, 2019;

(2) omitted the fact that he had sex with Victim 1 on September 6, 2019;

(3) omitted that he and another officer known to the Grand Jury caused the vehicle that

Victim 1 was driving to be towed from the scene of the traffic stop, and falsely stated that

the registered owner picked up the vehicle (thereby falsely implying that the owner had

picked up the vehicle from the scene of the traffic stop),

(4) omitted that he procured the release of the vehicle to Victim 1 from the towing company

without Victim 1 having to pay the release fee.

The report was false and misleading because, as **VANDERPOOL** then well knew: (1) he and another

officer known to the Grand Jury took Victim 1 back to the abandoned police station in handcuffs

following the traffic stop; (2) he had sex with Victim 1 on September 6, 2019; (3) he and another

officer known to the Grand Jury caused a towing company to tow the vehicle from the scene of

the traffic stop, and Victim 1, not the registered owner, later retrieved the vehicle from the towing

lot; and (4) he procured the release of the vehicle to Victim 1 from the towing company without

Victim 1 having to pay the release fee.

All in violation of Title 18, United States Code, Section 1519.

Kristin M. Clarke
Assistant Attorney General
Civil Rights Division

A TRUE BILL:

**SIGNATURE REDACTED**

7·6·23
Date