**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**DEBORAH L. BOARDMAN**<br>**UNITED STATES DISTRICT JUDGE** | **6500 CHERRYWOOD LANE**<br>**GREENBELT, MARYLAND 20770**<br>**(301) 344-0637**<br>**MDD_DLBChambers@mdd.uscourts.gov** |

April 28, 2026

**LETTER ORDER**

RE:     *United States v. Martique Cabral Vanderpool*
DLB-23-234

Dear Counsel:

I have received Mr. Vanderpool's request for early termination of probation. ECF 203. His probation officer informed me that he is in compliance with his probation conditions. Still, I deny the request for early termination at this time. Mr. Vanderpool received a probationary sentence for his conviction for falsification of a record in violation of 18 U.S.C. § 1519. He has only completed a third of his sentence. He may renew his request after he completes two years of probation successfully.

Although informal, this letter is an Order of the Court and shall be docketed as such.

Sincerely,

Deborah L. Boardman
United States District Judge